UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KRISTIN D. COMBS, Plaintiff,

v.     Civil Action No. 3:19-cv-24-DJH-LLK

MERRICK BANK, Defendant.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (*see* Docket No. 6), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

February 27, 2019

**David J. Hale, Judge
United States District Court**