UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KRISTIN D. COMBS, Plaintiff,

v.  Civil Action No. 3:19-cv-24-DJH-LLK

MERRICK BANK, Defendant.

\* \* \* \* \*

## ORDER

The parties have filed an agreed order of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 8)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

April 2, 2019

**David J. Hale, Judge**
**United States District Court**